```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

JOHN RICHARD JAE,              )
                               )
    Plaintiff,                 )
                               )
                               )
        v.                     )  Civil Action No. 04-1684
                               )  Judge Cercone
                               )  Magistrate Judge Caiazza
NEAL MECHLING, *et al.*,       )  In Re: Doc. 20
                               )
    Defendants.                )

## ORDER

AND NOW, this 20th day of July, 2005;

The Defendants having filed a Motion to Dismiss (Doc. 20) and a brief in support;

IT IS HEREBY ORDERED that the Plaintiff shall be allowed until August 22, 2005, to respond to the Motion.

IT IS FURTHER ORDERED that each party shall serve upon the opposing party a copy of every pleading or other document submitted for consideration by the court and shall include on the original document filed with the Clerk of Court a certificate stating the date a true and correct copy of the pleading or document was mailed to each party.  Any pleading or other document received by a district judge or magistrate judge which has not been filed with the Clerk or which fails to include a certificate of service may be disregarded by the court.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                                        S/Francis X. Caiazza
                                        Francis X. Caiazza
                                        U.S. Magistrate Judge

cc:
John Richard Jae, BQ-3219
SCI Cresson
P.O. Box A
Cresson, PA 16699

Robert S. Englesberg
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219

Samuel H. Foreman, Esq.
Stapleton Fires & Newby
2 Gateway Center, Suite 1450
Pittsburgh, PA 15222

```
John Richard Jae, BQ-3219
SCI Cresson
P.O. Box A
Cresson, PA 16699
```

```
Robert S. Englesberg
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219
```